IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH K. BURKE, | ) | 4:09CV3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ALL MEMBERS OF THE | ) | |
| NEBRASKA BAR ASSOCIATIONS | ) | |
| OF LINCOLN AND OMAHA | ) | |
| NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

March 23, 2009.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge